IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE KELLY H. WILSON | ) | No. C 13-01373 EJD (PR) |
| Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>) | ORDER ADMINISTRATIVELY CLOSING CASE |

On March 27, 2013, Plaintiff, a state prisoner proceeding pro se, filed a letter to Judge Henderson complaining of prison conditions which was construed as an attempt to file a civil rights action under 42 U.S.C. § 1983. The same day, the Clerk of the Court sent Plaintiff a notice that he must file a complaint using the court's form complaint within twenty-eight days from the filing date of the notice to avoid dismissal. (See Docket No. 3.) Plaintiff was provided with a blank copy of the form complaint.

On April 11, 2013, Plaintiff responded with a letter to the Court, stating that it was not his intent to file a civil suit and asking the Court to forward the letter to Judge Henderson. (Docket No. 4.)

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case and electronically forward a copy of the court file to Judge Henderson. Because this case was opened in error, no filing fee is due.

DATED:  4/22/2013

EDWARD J. DAVILA
United States District Judge

Order Administratively Closing Case
G:\PRO-SE\SJ.EJD\CR.13\01373Wilson_adminclose.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE KELLY WILSON,

    Plaintiff.

Case Number: CV13-01373 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/23/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly H. Wilson K-15977
California State Prison-Soledad
Highway 101 North
P.O. Box 686
Soledad, CA 93960-0686

Dated: 4/23/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk